AUGUST SIMON, Respondent, v. THE POLISH NATIONAL CATHOLIC CHURCH OF THE HOLY MOTHER OF THE ROSARY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur; Sears, J., not sitting.

ALMEDA S. BEEBE, Respondent, v. RAYMOND W. BEEBE, Appellant.— Judgment affirmed, with costs. All concur.

In the Matter of the Estate of SAMUEL FELT, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ELLEN A. LONG, as Administratrix, etc., Respondent, v. JAMES C. DAVIS, Director-General, etc., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Sears, J., not sitting.

ANNA MAHER, Respondent, v. INGRAM SHARPE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Joint Petition of the TOWN BOARD OF CUBA and Others, that an Existing Highway Undercrossing in Said Town Be Changed.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

NORMAN B. HARRINGTON, Respondent, v. HAMILTON B. WILLS & Co., LTD., Appellant.— Motion to amend decision [See 203 App. Div. 878] denied, upon the ground that section 117 of the Civil Practice Act* does not provide for a preclusion order in this case, and that the decision in *MacDonald* v. *Wills & Co., Ltd.* (199 App. Div. 902, 911) is not a precedent, for the reason that in that case there were affirmative allegations in the answer.

ALVAH F. STAHL, Plaintiff, v. BERTHA NORWICH and Others, Appellants, Impleaded with JOSEPH H. OBERLIES, Respondent.— Motion to dismiss appeal denied, without costs.

In the Matter of Proving the Last Will and Testament of OTTO KIEKEBUSCH, Deceased.— Appeal dismissed unless appellant shall file and serve printed papers and pay to respondent's attorney ten dollars on or before the 18th day of December, 1922.

WARNER SUGAR REFINING COMPANY, Respondent, v. ANTHONY BUSCAGLIA and Others, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers and printed briefs on appeal within twenty-five days and be ready for argument at the opening of the January term.

In the Matter of the APPOINTMENT OF AN ADDITIONAL MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE EIGHTH JUDICIAL DISTRICT.— Charles C. Farnham, an attorney of Buffalo, N. Y., is appointed a member of said committee.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES T. SPERRY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

GRANGER & COMPANY and Others, Appellants, Respondents, v. HELEN M. STONE and Others, Respondents, Appellants.— Motions to dismiss appeals of plaintiffs and of defendants granted, unless appellants shall in each case file and serve the printed papers and printed briefs on appeal and be ready to argue the appeals at the opening of the January term.

---

* *Sic.* See Civ. Prac. Act, § 247.— [REP.